# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212 213 1715
mnicholas@spearsimes.com

June 6, 2023

**BY ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Justin Rodriguez*, 16 Cr. 167 (LAP)

Dear Judge Preska:

I respectfully write to request that the Violation of Supervised Release status conference scheduled for June 7, 2023 be adjourned to a date that is convenient for the Court after July 5, 2023. The reason for this request is that I found out today that Mr. Rodriguez's New York State court appearance relating to issues that overlap with certain of the specifications, which had recently been scheduled for June 5, was adjourned yesterday until July 5, 2023. Accordingly, an adjournment of the status conference before this Court until after July 5, 2023 is in the interest of efficiency.

I have discussed this request and the underlying reason for it by phone with AUSA Eli Mark, and the Government consents to this request.

Respectfully submitted,

___/s/_____

SPEARS & IMES LLP
Max Nicholas
212-213-1715
mnicholas@spearsimes.com

The conference is adjourned to July 13, 2023 at 12:00 pm.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

6/6/23